ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| United Telephone Company of the | ) ASBCA Nos. 63370, 63371, 63372 |
|   Northwest, Lumen Technologies | )        63373, 63374, 63375 |
|   Government Solutions, Inc. (fka | ) |
|   Qwest Government Services, Inc. dba | ) |
|   CenturyLink QGS), and Qwest | ) |
|   Corporation | ) |
| | ) |
| Under Contract No. N00406-15-F-0012 | ) |

APPEARANCE FOR THE APPELLANT:    Shelly Ewald, Esq.
        Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
        McLean, VA

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
        Navy Chief Trial Attorney
        Trevor Davies, Esq.
        Alan M. Mygatt-Tauber, Esq.
        Devin A. Wolak, Esq.
        Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: October 11, 2023

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63370, 63371, 63372, 63373, 63374, 63375, Appeals of United Telephone Company of the Northwest, Lumen Technologies Government Solutions, Inc. (fka Qwest Government Services, Inc. dba CenturyLink QGS), and Qwest Corporation, rendered in conformance with the Board's Charter.

Dated:  October 11, 2023

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2